FILED
CLERK, U.S. DISTRICT COURT
APR 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TONY BARROW,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | NO. CV 07-4736 AG (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: APRIL 30, 2008.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE